EXHIBIT A

1

2 RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
3 RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
4 152 North Third Street, Suite 600
San Jose, CA 95112
5 Telephone:  (408) 289-1776
Facsimile:  (408) 287-1776
6 **Attorneys for Plaintiff(s)**

7 RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
8 333 West San Carlos Street
Suite 1600
9 San Jose, CA  95110
Telephone:  (408) 993-9911
10 Facsimile:  (408) 993-1335

11
THOMAS M. CARNEY, admitted *pro hac vice*
12 CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
14 Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16                    UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 K.W. KLAVER,                          )   Case No.: C 03-1659 RMW
                                        )
19        Plaintiff,                    )   **STIPULATION FOR DISMISSAL WITH**
                                        )   **PREJUDICE OF DEFENDANT OLIN**
20 v.                                   )   **CORPORATION BY PLAINTIFF K.W.**
                                        )   **KLAVER**
21 OLIN CORPORATION, et al.,            )
                                        )
22                                      )
          Defendants.                   )
23                                      )

24

25        Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff K.W. Klaver and Defendant Olin

26 Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

27 Order dismissing with prejudice all claims asserted by Plaintiff K.W. Klaver as to defendant

28

2060635.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff**
**K.W. Klaver - 1**

1   Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this

2   action.

3   Dated: _____8/4/05_____

4

5                                       Respectfully submitted,

6

7                                       ALEXANDER, HAWES & AUDET, LLP

8                                       By: _____

9                                            RICHARD D ALEXANDER, Cal. Bar #48432
                                             JEFFREY W/ RICKARD, Cal. Bar #125180
10                                           RYAN M. HAGAN, Cal Bar #200850
                                             152 North Third Street, Suite 600
11                                           San Jose, CA 95112
                                             Telephone:  (408) 289-1776
12                                           Facsimile:  (408) 287-1776

13                                      Attorneys for Plaintiff K.W. Klaver

14

15                                      HUSCH & EPPENBERGER, LLC

16                                      By: _____/s/ Carol A. Rutter_____

17                                           THOMAS M. CARNEY, admitted *pro hac vice*
                                             CAROL A. RUTTER, admitted *pro hac vice*
18                                           190 Carondelet Plaza, Suite 600
                                             St. Louis, MO  63105-3441
19                                           Telephone:  (314) 480-1500
                                             Facsimile:  (314) 480-1505
20
                                             RANDALL C. CREECH, Cal. Bar #65542
21                                           CREECH, LIEBOW & KRAUS
                                             333 West San Carlos Street
22                                           Suite 1600
                                             San Jose, CA  95110
23                                           Telephone:  (408) 993-9911
                                             Facsimile:  (408) 993-1335
24
25                                      Attorneys for Defendant Olin Corporation

26

27

28

---

2060635.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff
K.W. Klaver - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

K.W. KLAVER,                              )   Case No.:  C 03-1659 RMW
                                          )
                 Plaintiff,               )   **ORDER DISMISSING WITH**
                                          )   **PREJUDICE DEFENDANT OLIN**
v.                                        )   **CORPORATION BY PLAINTIFF K.W.**
                                          )   **KLAVER**
OLIN CORPORATION, et al.,                 )
                                          )
                 Defendants.              )
                                          )
_____)

THIS MATTER coming on the motion of Plaintiff K.W. Klaver and Defendant Olin

Corporation, for an order of dismissal with prejudice against the defendant OLIN

CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff K.W. Klaver's claims against Defendant Olin Corporation are dismissed

with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs

and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005        *Ronald M. Whyte*

2060635.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff
K.W. Klaver - 3**